# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 6:25-cr-00103-ACA-JHE |
| | ) | UNDER SEAL |
| **JAMES MATTHEW HANDLEY** | ) | |
| **Defendant.** | ) | |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The United States, by and through its counsel, Prim F. Escalona, United States Attorney for the Northern District of Alabama, and Michael A. Royster, Assistant United States Attorney, and moves this Honorable Court for leave to file documents in the matter referenced above because it is sensitive to public disclosure.

Respectfully submitted this the 21st day of May 2025.

                                    PRIM F. ESCALONA
                                    United States Attorney


                                    */s/ Electronic Signature*
                                    MICHAEL A. ROYSTER
                                    Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on May 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

*/s/ Electronic Signature*
MICHAEL A. ROYSTER
Assistant United States Attorney